UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: Paula Forbes        Case No 09-24321-jes/13

---

NOTICE OF AMENDED PLAN AND AMENDED CHAPTER 13 PLAN

---

**PLEASE TAKE NOTICE THAT DEBTOR IS MODIFYING HER PLAN AS INDICATED BELOW, AND THAT PARTIES IN INTEREST HAVE 25 DAYS FROM SERVICE TO RESPOND OR OBJECT TO THE MODIFICATION. ANY AND ALL OBJECTIONS MUST BE GROUNDED IN LEGAL CAUSE AND MADE PROPERLY, OTHERWISE THE COURT MAY DISALLOW THE OBJECTION.**

Debtor, by her attorney William H. Green, of Green & Kapsos Law Offices, LLC, does hereby modify her Chapter 13 plan as follows:

1. Plan payments are to remain the same.
2. Claim of BAC Home Loans Servicing(ie Countrywide Home Loans) shall be paid per claim, subject to agreed modifications between debtor and BAC.
3. Debtor will make contract payments of $828.00 per month during life of the plan unless loan is modified by agreement of the parties.
4. Arrears claim will be cured by month 36 of the plan via sale or refinance of the home.
5. JPMorgan Chase Bank will receive no distributions from this plan for its lien claim as it has received relief from the automatic stay, and has waived deficiency in its foreclosure action.
6. Upon confirmation of the plan debtor's attorney's fees shall be paid with all available funds net of trustee costs, then with all available funds net of trustee costs going forward until paid in full.
7. The car claim will be paid on a flexible pro rata basis after debtor's attorney's fees have been paid in full.
8. All other terms of the plan remain the same.

Dated this 7/10/2009
GREEN & KAPSOS LAW OFFICES, LLC.
Attorneys for Debtor


__/s/_____
William H. Green
3216 S. 92nd St., #201
Milwaukee, WI 53227
(414) 543-5369
State Bar No. 1001678